Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard for the 3-judge panel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2401 | **DATE** | 9/27/2002 |
| **CASE TITLE** | Barnett, et al. vs. Illinois State Board of Elections, et al. | | |

| MOTION: | [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.] |
|---|---|

Plaintiffs' and plaintiff-intervenors' motion to voluntarily dismiss without prejudice

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, plaintiffs' and plaintiff-intervenors' motion to voluntarily dismiss without prejudice is granted. This case is hereby dismissed without prejudice as to plaintiffs Barnett, Jackson, and Black, and plaintiff-intervenors Badillo and Estrada. The case is dismissed with prejudice as to the remaining plaintiff-intervenors, Zickus, the Midwest Community Council, and FORUM. This case is now dismissed in its entirety.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| X | Notices mailed by judge's staff. | | SEP 27 2002 | 31 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| X | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| X | Copy to judge/magistrate judge. | | 9-27-02 date mailed notice | |
| /LC | courtroom deputy's initials | 02 SEP 27 AM 9:0 | AW mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

# MEMORANDUM OPINION AND ORDER

On July 19, 2002, plaintiffs and plaintiff-intervenors filed a motion to voluntarily dismiss this case without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The court then raised with the parties the possibility of ordering, as a condition or term of such voluntary dismissal, plaintiffs and plaintiff-intervenors to pay defendant-intervenors' costs and attorneys' fees related to the latter's motion for judgment on the pleadings. Then on September 18, 2002, the court received an amended joint memorandum in response to the Rule 41 motion, filed on behalf of all the defendant-intervenors except LULAC. In this amended response, these defendant-intervenors (Jones, Tully, Flynn Currie, DeMuzio, Ramirez, Ewell, and the African-American Working Group on Reapportionment) affirmatively disclaimed any interest in having their attorneys' fees paid as a condition of the voluntary dismissal. The original defendant, the Illinois State Board of Elections, has not at all opposed the Rule 41 motion as is – a dismissal without prejudice and without imposing attorney's fees a condition of such dismissal. Thus, the only party objecting to the Rule 41 motion is defendant-intervenor LULAC, which argues the dismissal should either be with prejudice or conditioned on the payment of attorneys' fees. Because defendant and the vast majority of defendant-intervenors do not oppose the motion to voluntarily dismiss without prejudice, the court will grant it. It does note, however, that certain intervening plaintiffs have agreed to dismiss the case with prejudice as to them; these are plaintiff-intervenors Zickus, the Midwest Community Council, and FORUM.

For the reasons stated above, plaintiffs' and plaintiff-intervenors' motion to voluntarily dismiss without prejudice under Rule 41(a)(2) is granted. No costs or attorneys' fees are required as a condition or term of such dismissal. This case is hereby dismissed without prejudice as to plaintiffs Barnett, Jackson, and Black, and plaintiff-intervenors Badillo and Estrada. The case is dismissed with prejudice as to plaintiff-intervenors Zickus, the Midwest Community Council, and FORUM.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Richard Barnett, et al.             **JUDGMENT IN A CIVIL CASE**

v.                                            Case Number: 02 C 2401

Illinois State Board of Elections, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' and plaintiff-intervenors' motion to voluntarily dismiss without prejudice is granted. This case is hereby dismissed without prejudice as to plaintiffs Barnett, Jackson, and Black, and plaintiff-intervenors Badillo and Estrada. The case is dismissed with prejudice as to the remaining plaintiff-intervenors, Zickus, the Midwest Community Council, and FORUM. This case is now dismissed in its entirety.

All orders in this case are now final and appealable.

                                                              Michael W. Dobbins, Clerk of Court

Date: 9/27/2002

                                                              Susan M. Wessman, Deputy Clerk